United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANGEL RAMIREZ-MONSIVAIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05753 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has determined that this case is appropriate for intradivision transfer to the Honorable Andrew S. Hanen.  Specifically, because Judge Hanen has previously presided over a related case, *Ramirez-Monsivais v. Blanche et al*, 4:26-cv-04435, transfer serves both judicial efficiency and the interests of justice.  Accordingly, this case is hereby TRANSFERRED to the docket of Judge Andrew S. Hanen.

It is so ORDERED.

_____JUL 3 0 2026_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge