United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANGEL RAMIREZ-MONSIVAIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05753 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Jose Angel Ramirez-Monsivais, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, which is his second petition challenging his current detention. Doc. No. 1. On June 11, 2026, petitioner's prior case was dismissed because the pleadings reflected that he entered without inspection and has not obtained lawful status such that he is an applicant for admission under 8 U.S.C. § 1225(b)(2). *See Ramirez-Monsivais v. Blanche*, Civ. A. No. 4:26-cv-4435 (S.D. Tex. June 11, 2026) (citing *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026)). The Court further found that his due process claims are precluded at this juncture by *Jennings v. Rodriquez*, 583 U.S. 281, 297 (2018), and *Demore v. Kim*, 538 U.S. 510, 531 (2003). *Id.* Petitioner's new petition does not reflect that there has been a material change in his circumstances since the Court dismissed his first petition.

The petitioner is cautioned that repetitive filings where there is no material change in circumstances waste judicial resources and may result in a finding of an abuse of the writ or that the petitioner is not proceeding in good faith.

Accordingly, the Court **ORDERS** as follows:

1. The petition is **DISMISSED** for the same reasons set forth in *Ramirez-Monsivais v. Blanche*, Civ. A. No. 4:26-cv-4435 (S.D. Tex. June 11, 2026), and as duplicative of that case.
2. All pending motions, if any, are **DENIED**.
3. This case is **CLOSED**.

SIGNED on this 19th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE